UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          :   Chapter 11
                                                :
IBI Palm Beach, LLC,                            :   Case No. 14-_____ ( )
                                                :
              Debtor.                           :
                                                :

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5) Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| Port of Palm Beach<br>1 E. 11th Street, 6th Floor<br>Riviera Beach, FL 33404 | Maria Matthews<br>561-383-4176 | Passenger Fees, Wharfage | | $609,445 |
| Aristocrat Technologies, Inc.<br>7230 Amigo Street<br>Las Vegas, NV 89119 | Cory Constantino<br>702-270-1000 | Trade Debt | D | $95,763 |
| Port of Palm Beach<br>1 E. 11th Street, 6th Floor<br>Riviera Beach, FL 33404 | Maria Matthews<br>561-383-4176 | Office Lease | | $41,117 |
| Diaz Cooper Advertising, Inc.<br>9200 S. Dadeland Blvd. #209<br>Miami, FL 33156 | Accounts receivable<br>305-577-9988 | Trade Debt | | $32,155 |
| Szabo Accountancy Corporation<br>23901 Calabasas Road, Suite 2018<br>Calabasas, CA 91302 | Craig Szabo<br>818-225-1001 | Trade Debt | | $30,792 |
| Portside Interiors<br>15860 Survey Circle<br>Davie, FL 33331 | Frank Salvati<br>954-604-3149 | Trade Debt | | $24,857 |
| Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | Dept of Treasury<br>800-829-4933 | Qtrly Federal Excise Tax | | $24,474 |

117762820_2

| (1) Name of the creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5) Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| MillMac Corporation<br>3700 NW 124 Avenue, Suite 102<br>Coral Springs, FL 33065 | Mike Miller<br>954-345-4406 | Trade Debt | | $20,653 |
| Jotun Paints, Inc.<br>9203 Hwy 23<br>Belle Chase, LA 70037 | Meredith Frickey<br>800-229-3538 | Trade Debt | | $19,246 |
| Sysco Southeast Florida, LLC<br>1999 Hwy 710<br>Riviera Beach, FL 33404 | Gregory Brooks<br>561-842-1999 | Trade Debt | | $18,830 |
| Daves Fleet Service, Inc.<br>408 NE 6th Street, #316<br>Ft. Lauderdale, FL 33304 | Dave Taylor<br>954-763-3050 | Trade Debt | D | $16,867 |
| Dejong & Lebet, Inc.<br>1734 Emerson Street<br>Jacksonville, FL 32207 | Accounts receivable<br>904-399-3673 | Trade Debt | | $14,732 |
| IPFS Corporation<br>1001 Winstead Drive, Suite 500<br>Cary, NC 27513 | Accounts receivable<br>866-412-2452 | Finance Agreement - Insurance | | $14,497 |
| Glander International Bunkering, Inc.<br>2401 PGA Blvd., Suite 236<br>Palm Beach Gardens, FL 33410 | Accounts receivable<br>561-625-5500 | Trade Debt | | $13,403 |
| SSI Petroleum<br>5131 Recker Hwy.<br>Winter Haven, FL 33880 | Bill French<br>863-965-8788 | Trade Debt | | $11,511 |
| Florida Dept. Environmental Protection<br>3900 Commonwealth Boulevard M.S. 49<br>Tallahassee, Florida 32399 | Domestic Waste Water<br>850-245-7555 | State of Florida Fees | | $10,410 |
| The Buzz Agency of Florida, LLC<br>104 W Atlantic Avenue<br>Delray Beach, FL 33444 | Carla Zorovich<br>561-251-3998 | Trade Debt | | $10,249 |
| IDENTISYS Inc.<br>7630 Commerce Way<br>Eden Prairie, MN 55344 | Accounts receivable<br>877-213-8180 | Trade Debt | | $8,335 |
| IPFS Corporation<br>1001 Winstead Drive, Suite 500<br>Cary, NC 27513 | Accounts receivable<br>866-412-2452 | Finance Agreement - Insurance | | $6,314 |
| Greenspoon Marder Law<br>Trade Center South – Suite 700<br>100 West Cypress Creek Road<br>Fort Lauderdale, FL 33309 | Accounts receivable<br>888-491-1120 | Trade Debt | | $6,099 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Bradley T. Prader, Chief Executive Officer of the above-named debtor, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: November 6, 2014

_____
Bradley T. Prader, CEO

117762820_2