UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                          :
                                                :    Chapter 11
IBI Palm Beach, LLC,                            :
                                                :    Case No. 14-
         Debtor.                                :
                                                :

### DEBTOR IN POSSESSION'S APPLICATION
### FOR EMPLOYMENT OF DILWORTH PAXSON LLP
### PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE

IBI Palm Beach, LLC, debtor and debtor-in-possession, (the "Debtor"), respectfully requests an order of the Court authorizing the employment of the law firm of Dilworth Paxson, LLP, to represent the Debtor in this case and states:

1. On November 6, 2014, the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code.

2. The Debtor desires to employ Dilworth Paxson, LLP, ("Dilworth") as attorneys in this case.

3. The Debtor believes that Dilworth is qualified to practice in this Court and is qualified to advise the Debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services Dilworth will render are summarized as follows:

   a. To give advice to the Debtor with respect to its powers and duties as a debtor in possession and the continued management of its business operations;

   b. To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court;

117763061_2

c. To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

d. To protect the interest of the Debtor in all matters pending before the Court;

e. To represent the Debtor in negotiation with its creditors in the preparation of a plan.

5. To the best of the Debtor's knowledge, neither Dilworth nor its attorneys have any connection with the creditors or other parties in interest or their respective attorneys. Neither Dilworth nor its attorneys represent any interest adverse to the Debtor, except as set forth on the Affidavit of Lawrence G. McMichael, Esq. (the "McMichael Affidavit"), filed contemporaneously herewith.

6. The McMichael Affidavit demonstrates that Dilworth is disinterested as required by 11 U.S.C. § 327(a) and is a verified statement as required under Bankruptcy Rule 2014.

WHEREFORE, the Debtor respectfully requests that this Court authorize the employment and retention of Dilworth Paxson LLP and grant such other and further relief as this Court deems just and proper.

I CERTIFY that a true copy of this application was mailed on November 6, 2014, to the parties indicated below.

Dated: November 6, 2014

IBI Palm Beach, LLC

_____
Bradley T. Prader, CEO
One East 11th Ave., Suite 500
Riviera Beach, FL 33404

Service list:
Debtor
U.S. Trustee
20 largest unsecured creditors
All Appearances

2

117763061_2

# EXHIBIT A

[DECLARATION OF LAWRENCE G. MCMICHAEL]