UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| IBI Palm Beach, LLC, | : |
| | : Case No. 14- |
| Debtor. | : |
| | : |

**AFFIDAVIT OF LAWRENCE G. McMICHAEL
OF DILWORTH PAXSON LLP AND STATEMENT
PURSUANT TO BANKRUPTCY RULES 2014 AND 2016(B)**

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

Lawrence G. McMichael, being duly sworn, says:

1. I am an attorney-at-law, duly admitted to practice in the Commonwealth of Pennsylvania and seeking to appear pro hac vice pursuant to Local Bankruptcy Rule 2090-1(B)(2).

2. I am a partner in and Chairman of the law firm of Dilworth Paxson LLP ("Dilworth"), with offices located at 1500 Market Street, Suite 3500E, Philadelphia, Pennsylvania, 19102.

3. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon Dilworth's completion of further analysis, a supplemental declaration will be submitted to the Court reflecting the same.

4. Neither Dilworth, nor any partner or associate thereof, has received any promises of compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Dilworth has not shared, nor agreed to share, any compensation it has

received or may receive with another party or person, other than with the partners and associates of Dilworth, nor has Dilworth agreed to share any compensation that any other person or party has received or may receive.

5. As of November 6, 2014, Dilworth had no balance owed for services rendered and costs incurred in connection with this case, and held a retainer of $25,000.00 for services to be rendered in this Chapter 11 case. The retainer as well as payment for pre-petition service, was paid by Christine C. Storey, a principal of the Debtor's minority member, CND International, Inc. We are advised this payment, although wired directly to Dilworth from Christine C. Storey, constituted a capital contribution from CND International, Inc. to IBI Palm Beach Holdings, LLC, the managing member of the Debtor.

6. The standard hourly rates of the attorneys that have and that Dilworth anticipates will continue to provide legal services to the Debtor are as follows:

| Lawrence G. McMichael | $850.00 |
| Jesse N. Silverman | $380.00 |
| Catherine G. Pappas | $345.00 |
| Erik L. Coccia | $265.00 |

7. Consistent with Dilworth's policy with respect to its clients, Dilworth will continue to charge the Debtor for all other services provided and for all other charges and disbursements including, among other things, telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees relating to trials and hearings.

8. Dilworth received no payments from the Debtor within the past ninety (90) days (August 8, 2014 through November 6, 2014).

117764322_2

9. On November 5, 2014, Dilworth received a wire payment in the amount of $60,000 from Ms. Storey for services rendered in preparation for the bankruptcy filing.

10. Dilworth has reviewed the consolidated list of the twenty (20) largest unsecured creditors; the Debtor's officers, directors and executive management; the Debtor's other professionals; parties to litigation with the Debtor; the Debtor's lenders; the Debtor's utility providers; and parties to material contracts with the Debtor. Based on this review, Dilworth has determined that it has represented or is representing the parties indicated on Exhibit "A," attached hereto. These representations are unrelated to the Debtor's bankruptcy case. Dilworth will not represent anyone other than the Debtor in connection with this bankruptcy case.

11. Prior to the execution of this Affidavit, Dilworth did an electronic search of its client records for potential conflicts. The results of each of these conflict checks indicated that, with the exception of the entities identified on Exhibit "A" hereto, Dilworth does not represent any creditors of the Debtor or other parties in interest. Dilworth does not hold or represent any interest adverse to the Debtor.

12. Accordingly, I submit that Dilworth has complied with Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Lawrence G. McMichael

Sworn to and Subscribed before
on November 6, 2014.

_____
Notary Public, State of Pennsylvania

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STEPHANIE LISKO
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Aug 25, 2018

3

117764322_2

Copies to:
All parties served with Dilworth application for employment.

4

117764322_2

## EXHIBIT A

**ALL ENTITIES LISTED ON THIS EXHIBIT REPRESENT LESS THAN 2% OF THE FIRM'S ANNUAL REVENUES FOR THE PAST FIVE (5) YEARS.**

1. Creditors of IBI Palm Beach, LLC that have been or are currently represented by Dilworth Paxson LLP in unrelated matters

   - AT&T Mobility