UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| IBI Palm Beach, LLC, | : |
| | : Case No. 14-34729 |
| Debtor. | : |
| | : |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify on behalf of Kozyak Tropin & Throckmorton (KT&T), that it is the proposed attorney for the above-named Debtor and that KT&T received a retainer in the amount of $15,000.00 prior to the filing of this statement to represent the Debtor in connection with its Chapter 11 case. In addition, IBI Palm Beach Holdings, LLC, the Manager of the Debtor, has guaranteed the fees and costs incurred by KT&T in connection with its representation of the Debtor in this Chapter 11 case.

2. KT&T shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, applicable Federal Rules of Bankruptcy Procedure, Local Rules of the Southern District of Florida, and such procedures as may be fixed by Order of this Court.

3. X   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm, KT&T.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

4. In exchange for the above-disclosed compensation, KT&T has agreed to render legal service for all aspects of the Debtor's bankruptcy case, including:

   a. Advising the Debtor as local counsel with respect to its powers and duties as a debtor in possession and the continued management of its business operations;

   b. Advising the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court.

   c. Preparation of motions, pleadings, orders , applications, adversary proceedings, and other legal documents necessary in the administration of the case.

d. Protecting the interest of the Debtor in all matters pending before the court;

e. Representing the debtor in negotiation with its creditors in the preparation of a plan.

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| Dated: November 7, 2014 | KOZYAK TROPIN & THROCKMORTON<br>Proposed Attorneys for Debtor<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL  33134<br>Tel:<br>Fax:<br><br>By:     /s/ David L. Rosendorf |