UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Case No. 14-34729-EPK

IBI Palm Beach, LLC,                                    Chapter 11

      Debtor.
_____/

### RESPONSE IN PARTIAL OPPOSITION TO DEBTOR'S MOTION TO AUTHORIZE PAYMENT OF PRE-PETITION WAGES AND BENEFITS

SourcePoint, LLC, ("SourcePoint") by and through its undersigned counsel, hereby responds in partial opposition to the *Emergency Motion of the Debtor for an Order (a) Authorizing the Debtor to Pay Certain Pre-Petition Employee Wages and Benefits; (b) Confirming that the Debtor May Continue Pre-Petition Employee Benefit Programs in the Ordinary Course of Business; and (c) Directing Banks and Other Financial Institutions to Honor All Related Checks and Electronic Payment Requests* [ECF No. 8] (the "Motion") filed by IBI Palm Beach, LLC (the "Debtor").  In support, SourcePoint states as follows:

A.    **Salary and Benefit Payments to the Debtor's Officers Are Unnecessary**

    1.    In the Motion, the Debtor seeks authority to pay pre-petition employee salaries and benefits.  According to the Debtor, two officers and one administrative employee are currently compensated for their work on behalf of the Debtor.

    2.    SourcePoint does not object to the relief requesting in the Motion as it relates to the administrative employee.  SourcePoint objects to the relief requested in the Motion as it relates to the Debtor's two compensated officers, who are scheduled to receive annual salaries of approximately $200,000 when the Debtor generates no revenues.

3. The Debtor offers no *factual* support for its assertion that its two compensated officers will seek other employment opportunities should the Court deny the Motion, thereby triggering a detrimental withholding of services and the application of the Necessity of Payment Doctrine.

4. Also, upon information and belief, the officers own equity in the entity that owns the majority member of the Debtor.

5. If the relief requested in the Motion is denied as to the Debtor's two compensated officers, those two officers will most likely remain officers working on behalf of the Debtor.

WHEREFORE, the SourcePoint requests that the Court deny the Motion [ECF No. 8] to the extent it applies to the Debtor's officers.

Dated November 10, 2014

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for SourcePoint, LLC
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@sfl-pa.com
Email:  ependergraft@sfl-pa.com

By:    /s/ John E. Page
      John E. Page
      Fla. Bar. No. 0860581
      Eric S. Pendergraft
      Fla. Bar. No. 91927

**ATTORNEY CERTIFICATION**

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on November 10, 2014.

                                           /s/ John E. Page