UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                  Case No. 14-34729-EPK

IBI Palm Beach, LLC,                                                    Chapter 11

      Debtor.
_____/

**RESPONSE IN OPPOSITION TO DEBTOR'S APPLICATION FOR
EMPLOYMENT OF DILWORTH PAXON LLP PURSUANT TO
SECTION 327(a) OF THE BANKRUPTCY CODE**

      SourcePoint, LLC, ("SourcePoint") by and through its undersigned counsel, hereby responds in opposition to the *Debtor-in-Possession's Application for Employment of Dilworth Paxon LLP Pursuant to Section 372(a) of the Bankruptcy Code* [ECF No. 11] (the "Application to Employ") filed by IBI Palm Beach, LLC (the "Debtor"). In support, SourcePoint states as follows:

**A.**      **Proposed Counsel for the Debtor Represents an Adverse Interest to the Estate**

      1.      The Debtor seeks to employ Lawrence G. McMichael, Esquire and the law firm of Dilworth Paxon LLP (together, the "Firm") as the Debtor's counsel in this case.

      2.      A debtor in possession may employ one or more attorneys "that do not held or represent an interest adverse to the estate, and that are disinterested persons[.]" U.S.C. § 327(a). Generally, a person has an adverse interest "if he possesses an 'economic interest that would tend to lessen the value of the bankruptcy estate or that would create wither an actual or potential dispute in which the estate is a rival claimant…or…or predisposition under the circumstances that render such a bias against the estate.'" *In re Creative Desperation Inc.*, 415 B.R. 882, 898-99 (Bankr. S.D. Fla. 2009) (quoting *In re Prince*, 40 F 3d 356, 361) 11th Cir. 1994).

{1917/000/00274200}

3. Here, the Firm has disclosed that it received $60,000 fron CND International, Inc. ("CNDI") for legal work performed prior to the November 6, 2014 petition date. While the Debtor has not yet filed schedules, the Debtor has disclosed that CNDI is a large unsecured creditor of the Debtor by virtue of several guaranties given by the Debtor to CNDI [ECF No. 5, ¶¶ 20-21]

4. Due to the conflict created by creditor CNDI's payment of $60,000 to the Firm prior to the petition, the Firm should not be permitted to act as the Debtor's counsel in this matter.

**B.    Proposed Counsel for the Debtor Would Perform Duplicative Work at Excessive Hourly Rates**

5. The Debtor has also sought to employ David L. Rosendorff, Esquire and the law firm of Kozyak Tropin & Throckmorten LLP (together, "KTT") as its counsel. KTT is located in the Southern District of Florida and charges hourly rates for attorneys ranging from $275.00 to $495.00.

6. In contrast, the Firm is located in Philadelphia, Pennsylvania and its attorneys' hourly rates range from $265.00 to $850.00.

7. Authorizing the Debtor to employ the Firm in this case is unnecessary and will lead to the duplication of tasks at rates in excess of those charged by the highly-skilled local practitioners that the Debtor also seeks to employ counsel in this case. To the extend this leads to the generation and approval of unnecessary fees entitled to administrative priority, secured creditors such as SourcePoint will be harmed. As such, the Application should not be approved.

WHEREFORE, the SourcePoint requests that the Court deny the Application [ECF No. 11].

Dated November 10, 2014

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for SourcePoint, LLC
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@sfl-pa.com
Email:  ependergraft@sfl-pa.com

By:     /s/ John E. Page
        John E. Page
        Fla. Bar. No. 0860581
        Eric S. Pendergraft
        Fla. Bar. No. 91927

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on November 10, 2014.

    /s/ John E. Page

3