UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| IBI Palm Beach, LLC | Case No. 14-34729-EPK |
| Debtor. | |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the debtor-in-possession, IBI Palm Beach, LLC (the "**Debtor**"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information represents the Debtor's best estimate in response to the ensuing questions.

1. **Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):** On November 6, 2014, (the "**Petition Date**") the Debtor filed a voluntary petition with the Court for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. **Names, case numbers and dates of filing of related debtors:** There are no related debtors or bankruptcy cases.

3. **Description of the debtor's business:** The Debtor is an entertainment company that operates and provides cruise ship-based casino entertainment out of the Port of Palm Beach, marketing to the 5.3 million adults (age 21+) living within the West Palm Beach metropolitan area under the trade name Island Breeze Casino. The Debtor's primary business asset consists of a 600 passenger sea-going casino vessel named the Island Breeze II (ex Black Diamond) (the "**Vessel**").  The Debtor operates the Vessel, but operates the Vessel under a charter-purchase agreement with Nurmi Property, LLC.  Fulfillment of the charter-purchase agreement will

117768569_1

ultimately result in the Debtor owning the Vessel. Generally, when in operation, the Vessel sails into international waters two times a day from the Port of Palm Beach to conduct gaming operations and returns five to six hours later. The Debtor was formed as a limited liability company on April 17, 2013, under the laws of the State of Florida. Its initial member was IBI Palm Beach Holdings, LLC ("**Holdings**"), which, at that time, owned 100% of the membership interests in the Debtor. Currently, Holdings owns 60% of the Debtor. The remaining 40% is owned by CND International, Inc. ("**CNDI**"). The Debtor is managed by Holdings, which has appointed officers to run the day-to-day operations of the Debtor.

4. **Locations of debtor's operations and whether the business premises are leased or owned:** The Debtor operates out of the Port of Palm Beach. The Debtor's office and dock space are leased from the Port of Palm Beach. The Vessel is operated under a charter-purchase agreement with Nurmi Property, LLC.

5. **Reasons for filing chapter 11:** Due to certain logistical difficulties described below, the Debtor has suspended its daily sailing operations and temporarily laid off its approximately 250 employees, with the exception of three individuals comprising critical management, vessel crew, and administrative personnel. On May 2, 2014, the starboard main engine of the Vessel sustained a catastrophic failure that required the Debtor to cease operations and overhaul the engine. Project operations were shut down for a period of twenty-one (21) consecutive days. During the month of May 2014, the Company experienced negative cash flow of approximately $2 million. In early summer 2014, the Debtor recommenced operations for a brief period of time to accommodate previously booked events; however, shortly after this re-start, the Debtor again had to cease operations in order to prepare the Vessel to enter dry-dock and undergo a mandatory, bi-annual United States Coast Guard inspection.

Because of the scheduling availability of shipyards with a dry-dock to accommodate the width of the Vessel and lack of required funds, the dry-docking was delayed until mid-September 2014. During this delay, the prior vessel inspection term, which was on extension from April 2014 to June 30, 2014, lapsed. Consequently, the Coast Guard would not permit the Vessel to carry passengers until successful completion of the bi-annual dry-dock inspection.

As of the Petition Date, the dry-docking has been fully and successfully completed and the Vessel has a valid, current certificate of inspection to carry passengers. However, due to the lengthy project shutdown while awaiting the dry-dock inspection, the Debtor did not generate any revenues from which it could meet its debt obligations to its secured lender, SourcePoint, LLC ("**SourcePoint**"). During this extended project shutdown, the Debtor experienced negative cash flows of approximately $2 million. As such, on July 25, 2014, SourcePoint issued notice of default and acceleration of its $1,500,000 secured Loan Agreement, as well as a notice of default and termination of a related Master Slot Agreement (together, the "**Notices of Default**").

Prior to and after receipt of the Notices of Default, the Debtor was actively engaged in negotiations with SourcePoint to expedite a settlement, forbearance, or restructuring to enable the Debtor to re-launch the Vessel and return to profitable operations. Negotiations between the Debtor and SourcePoint continued until the Petition Date, but did not yield a resolution. Thus, due to the Debtor's inability to re-launch, and lack of liquidity absent a recalibrated debt structure, and in light of the many issues outlined above, the Debtor made the difficult but necessary decision to obtain the protections and reorganizational resources of chapter 11 in this Court.

6. **List of officers and directors, if applicable, and their salaries and the debtor's gross income for the calendar or fiscal year prior to the filing of the petition:** The officers of the Debtor as of the Petition Date consist of the following individuals: (i) Brad Prader, Chief Executive Officer, salary of $100,000.00 per annum, benefits of health insurance and travel expense reimbursement and (ii) Steven Weismann, Chief Financial Officer, salary of $100,000.00 per annum, benefits of health insurance and travel expense reimbursement.

The officers of the Debtor during the one year prior to the Petition Date consisted of: (i) Brad Prader, Chief Executive Officer, salary of $100,000.00 per annum, benefits of health insurance and travel expense reimbursement; (ii) Steven Weismann, Chief Financial Officer, salary of $100,000.00 per annum, benefits of health insurance and travel expense reimbursement; (iii) Sean McManimon, Chief Operating Officer, salary of $75,000.00 per annum, employed only when Debtor was fully operational, benefits of health insurance and travel expense reimbursement (laid off prior to the Petition Date and accrued and collected only $28,000.00 of salary); (iv) Thomas Schneider, Executive Vice President of Maritime Operations, salary of $75,000.00 (none of which was accrued or paid out), benefits of health insurance and travel expense reimbursement (laid off prior to the Petition Date); (v) Charlie Christy, Vice President of Food and Beverage, salary of $75,000.00 per annum, benefits of health insurance and travel expense reimbursement (laid off prior to the Petition Date and accrued and collected only $5,200.00 of salary); and (vi) Michael Hovdestad, Chief Legal Officer, salary of $75,000.00 per annum (on a per diem basis and collected only $2,500 of salary). The Debtor has no directors, but is instead managed by Holdings.

7. **Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:** The Debtor's fiscal

year to date gross income and the income for the fiscal year prior to the Petition Date was $1,200,000.00.

8.    **Amounts owed to various creditors:**

a.    **Obligations owed to priority creditors including priority tax obligations:** Unknown at this time. However, the Debtor is compiling this information and will be supplementing this information upon further analysis of the Debtor's books and records in connection with the preparation of the Debtor's schedules of assets and liabilities and statement of financial affairs.

b.    **With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:** SourcePoint, LLC, secured loan in the amount of $1,500,000.00, current balance of $1,775,230, creditor asserts that collateral includes substantially all personal property, including cash collateral. The information provided in is preliminary in nature, provided solely for purposes of this filing, and is subject to supplement and modification upon further analysis of the Debtor's books and records in connection with the preparation of the Debtor's schedules of assets and liabilities and statement of financial affairs. For the avoidance of doubt, the Debtor does not admit the validity or extent of any security interest.

c.    **Amount of unsecured claims:** ~$3,015,382. This approximation is preliminary in nature, provided solely for purposes of this filing, and is subject to supplement and modification upon further analysis of the Debtor's books and records in connection with the preparation of the Debtor's schedules of assets and liabilities and statement of financial affairs.

9. **General description and approximate value of the debtor's assets:** (i) the Vessel (subject to charter-purchase agreement) (estimated <u>net</u> asset value of $2,800,000.00 to $4,800,000.00); (ii) gaming equipment (value unknown at this time, but the Debtor is compiling this information and will be supplementing this information upon further analysis of the Debtor's assets in connection with the preparation of the Debtor's schedules of assets and liabilities and statement of financial affairs); (iii) office equipment (value unknown at this time, but the Debtor is compiling this information and will be supplementing this information upon further analysis of the Debtor's assets in connection with the preparation of the Debtor's schedules of assets and liabilities and statement of financial affairs); (iv) cash (~$14,500.00 in the Debtor's bank accounts); (v) passenger tram (value unknown at this time, but the Debtor is compiling this information and will be supplementing this information upon further analysis of the Debtor's assets in connection with the preparation of the Debtor's schedules of assets and liabilities and statement of financial affairs).

10. **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:** Please see Exhibit A.

11. **Number of employees and amounts of wages owed as of petition date:** The Debtor had three (3) employees as of the Petition Date, the two current officers described *supra* in paragraph (6) and Timothy Bolbecker, an administrative staff member with a salary of $31,200.00 per annum. Pre-petition wages owed to these three employees total $4,500.00.

12. **Status of debtor's payroll and sales tax obligations, if applicable:** The Debtor has pre-petition wages of $4,500.00 and has attendant federal payroll withholding obligations therefor. Otherwise, the Debtor does not have any outstanding payroll tax obligations. The

Debtor does not have any sales tax obligations at this time, but anticipates such obligations upon its resumption of operations.

13. **Anticipated emergency relief to be requested within 14 days from petition date: On the Petition Date, the Debtor filed three motions requesting emergent relief:** (1) a motion for authorization to pay certain pre-petition employee wages, to confirm pre-petition employee benefits, and to direct banks and financial institutions to honor related checks and electronic payment requests, (2) a motion for authorization to continue the Debtor's pre-petition cash management system and to continue existing pre-petition bank accounts, and (3) to authorize the use of cash collateral. Additionally, the Debtor is in the process of obtaining debtor-in-possession financing and, therefore, it may require emergency relief related thereto within the temporal period stated above.

Dated: November 11, 2014              IBI PALM BEACH, LLC,

By: /s/ Bradley T. Prader
Bradley T. Prader, CEO
One East 11th Ave., Suite 500
Riviera Beach, FL 33404


/s/ David L. Rosendorf
**KOZYAK TROPIN & THROCKMORTON, LLP**
David L. Rosendorf (FL Bar No. 996823)
Daniel F. Benavides (FL Bar No. 81675)
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
*Proposed Local Counsel for the Debtor and Debtor in Possession*

and

*I HEREBY CERTIFY that the undersigned attorney is seeking to appear pro hac vice in this matter.*

      */s/ Lawrence G. McMichael*
      **DILWORTH PAXSON LLP**
      Lawrence G. McMichael (PA ID #28550)
      Catherine G. Pappas (PA ID #206910)
      1500 Market St., Suite 3500E
      Philadelphia, PA 19102
      Telephone:  (215) 575-7000
      Facsimile:  (215) 575-7200
      *Proposed Counsel for Debtor*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on November 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case and (ii) prepaid, first class U.S. mail upon all parties on the attached service list.

      By: */s/ David L. Rosendorf*
           David L. Rosendorf

Mike Miller
MillMac Corporation
3700 NW 124 Avenue, Suite 102
Coral Springs, FL 33065

Dave Taylor
Daves Fleet Service, Inc.
408 NE 6th Street, #3 16
Ft. Lauderdale, FL 33304

Florida Dept. Environmental Protection
3900 Commonwealth Blvd. M.S.49
Tallahassee, Florida 32399

IPFS Corporation
100 1 Winstead Drive, Suite 500
Cary, NC 27513

Cory Constantino
Aristocrat Technologies, Inc.
7230 Amigo Street
Las Vegas, NV 89119

Frank Salvati
Portside Interiors
15860 Survey Circle
Davie, FL 33331

Meredith Frickey
Jotun Paints, Inc.
9203 Hwy 23 Belle
Chase, LA 70037

Glander International Bunkering, Inc.
240 I PGA Blvd., Suite 236
Palm Beach Gardens, FL 33410

The Buzz Agency of Florida, LLC
104 W Atlantic Avenue
Delray Beach, FL 33444

Greenspoon Marder Law
Trade Center South -Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309

Diaz Cooper Advertising, Inc.
9200 S. Dadeland Blvd. #209
Miami, FL 33156

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999

Gregory Brooks
Sysco Southeast Florida, LLC
1999 Hwy 710
Riviera Beach, FL 33404

Bill French
SSI Petroleum
5131 Recker Hwy.
Winter Haven, FL 33880

IDENTISYS Inc.
7630 Commerce Way
Eden Prairie, MN 55344

Maria Mathews
Port of Palm Beach
1 E. 11th Street, 6th Floor
Riviera Beach, FL 33404

Craig Szabo
Szabo Accountancy Corporation
2390 I Calabasas Road, Suite 2018
Calabasas, CA 91302

# EXHIBIT A

117773538_1

**IBI PALM BEACH, LLC**
**Insurance Policies**

| NAME OF INSURER | POLICY NUMBER | POLICY PERIOD | PREMIUM ANNUAL | PREMIUM MONTHLY | PREMIUM DUE DATE | Remain Bal |
|---|---|---|---|---|---|---|
| ALLIANZ GLOBAL RISKS | OHL92008393 | 6/15/14 - 6/15/15 | $ 166,101.47 | $ 14,496.50 | Premium due 11/15/14 | $72,482.50 |
| | | IPFS FINANCE (total paid incl interest) | $ 168,432.65 | $ 724.83 | Late Fee after 11/15 | |
| NATIONAL UNION FIRE | M100071 | Deposit Paid | $ 37,964.15 | $ 15,221.33 | Due before 12/7 (cancel date) | |
| LLYODS LONDON | 0688402 | | | | Final Payment Due- 3/15/15 | |
| NEW YORK MARINE & GENERAL INS. | ML201400001232 | 3/15/14 - 6/15/15 | $ 69,758.22 | $ 6,313.57 | Premium due 11/15/14 | $12,627.14 |
| | | IPFS FINANCE (total paid incl interest) | $ 70,773.77 | $ 315.68 | Late Fee after 11/15 | |
| | | Deposit Paid | $ 13,951.64 | $ 6,629.25 | Due before 12/7 (cancel date) | |
| | | | | | Final Payment Due- 12/15/14 | |
| NAVIGATORS INS. | CHOA6INZ01 | 1/6/14 - 1/5/15 | $ 12,494.50 | $ 1,131.51 | PIF 10/6/14 | $0.00 |
| | | IPFS FINANCE (total paid incl interest) | $ 12,635.49 | | | |
| | | Deposit Paid | $ 3,623.41 | | | |
| FWCJUA, INC. | POLICY# 4719D1186 | 4/30/14 - 4/30/15 | $ 4,334.00 | $ 722.23 | Due 11/10/14 | $1,444.46 |
| | | Deposit Paid - | $ 2,167.00 | | Final Payment Due 12/10 | |