ORDERED in the Southern District of Florida on __NOV 1 0 2014__



Erik P. Kimball, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| IBI Palm Beach, LLC, | : |
| | : Case No. 14-34729 |
| Debtor. | : |
| | : |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the Court without a hearing on the Motion to Appear *Pro hac vice* [DE    ]. The Court having reviewed the motion and good cause appearing, it is

**ORDERED** that Lawrence G. McMichael, Esquire ("Visiting Attorney") may appear before this Court *pro hac vice* as counsel for IBI Palm Beach, LLC ("Debtor") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Debtor, subject to the local rules of this Court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> David L. Rosendorf, Esq.
> Kozyak Tropin & Throckmorton
> 2525 Ponce de Leon, 9th Floor
> Miami, Florida 33134
> Tel: (305) 372-1800
> Fax: (305) 372-3508
> E-mail Address: dlr@kttlaw.com
> Florida Bar No. 996823

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Debtor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional Motion to Appear *Pro hac vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Debtor(s) in all such proceedings.

### ###

Submitted by:   David L. Rosendorf, Esq.
                Kozyak Tropin & Throckmorton, LLP
                2525 Ponce de Leon Blvd., 9th Floor
                Miami, Florida 33134
                Telephone: 305-372-1800
                Facsimile: 305-372-3508
                Email: dlr@kttlaw.com

Copies furnished to:

David L. Rosendorf, Esq.

[Attorney Rosendorf is directed to serve copies of this order on all interested parties and to file a certificate of service.]
thereof.

2