**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| IBI Palm Beach, LLC, | : |
| | : Case No. 14-34729 |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the Order Scheduling Initial Chapter 11 Status Conference [ECF #25] was served this 13th day of November, 2014 to all CM/ECF registered users and via U.S. Mail to all parties on the attached service list.

                                           KOZYAK TROPIN & THROCKMORTON
                                           Proposed Attorneys for Debtor
                                           2525 Ponce de Leon, 9th Floor
                                           Coral Gables, FL 33134
                                           Tel: (305) 372-1800
                                           Fax: (305) 372-3508
                                           E-mail: dfb@kttlaw.com

                                           By:    /s/ Daniel F. Benavides
                                                              Daniel F. Benavides
                                                              Fla. Bar No. 81675

Mike Miller
MillMac Corporation
3700 NW 124 Avenue, Suite 102
Coral Springs, FL 33065

Dave Taylor
Daves Fleet Service, Inc.
408 NE 6th Street, #3 16
Ft. Lauderdale, FL 33304

Florida Dept. Environmental Protection
3900 Commonwealth Blvd. M.S.49
Tallahassee, Florida 32399

IPFS Corporation
100 1 Winstead Drive, Suite 500
Cary, NC 27513

Cory Constantino
Aristocrat Technologies, Inc.
7230 Amigo Street
Las Vegas, NV 89119

Frank Salvati
Portside Interiors
15860 Survey Circle
Davie, FL 33331

Meredith Frickey
Jotun Paints, Inc.
9203 Hwy 23 Belle
Chase, LA 70037

Glander International Bunkering, Inc.
240 I PGA Blvd., Suite 236
Palm Beach Gardens, FL 33410

The Buzz Agency of Florida, LLC
104 W Atlantic Avenue
Delray Beach, FL 33444

Greenspoon Marder Law
Trade Center South -Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309

Diaz Cooper Advertising, Inc.
9200 S. Dadeland Blvd. #209
Miami, FL 33156

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999

Gregory Brooks
Sysco Southeast Florida, LLC
1999 Hwy 710
Riviera Beach, FL 33404

Bill French
SSI Petroleum
5131 Recker Hwy.
Winter Haven, FL 33880

IDENTISYS Inc.
7630 Commerce Way
Eden Prairie, MN 55344

Maria Mathews
Port of Palm Beach
1 E. 11th Street, 6th Floor
Riviera Beach, FL 33404

Craig Szabo
Szabo Accountancy Corporation
2390 I Calabasas Road, Suite 2018
Calabasas, CA 91302