UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

IBI Palm Beach, LLC,                          Chapter 11
                                              Case No.: 14-34729-EPK

      Debtor.
_____/

## NOTICE OF TAKING RULE 2004 EXAMINATION

Creditor, SourcePoint, LLC, by and through undersigned counsel, gives notice that the following Rule 2004 Examination shall be conducted under oath as follows:

| | |
|---|---|
| **Deponent**: | The designated corporate representative of the Debtor with the most knowledge of the Debtor's financial condition and transactions |
| **Date**: | December 11, 2014 |
| **Time**: | 9:00 a.m. |
| **Location**: | Shraiberg, Ferrara & Landau, P.A.<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, Florida 33431 |

The examination may continue from day to day until completed.  The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

If the examinee requires an interpreter it is the Debtor's responsibility to engage the employment of such interpreter to be present at the examination.

## <u>CERTIFICATE OF COUNSEL</u>

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronic mail on November 14, 2014 to all parties on the attached service list.

Respectfully submitted,

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for SourcePoint, LLC
2385 NW Executive Center Drive
Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@sfl-pa.com

By:_____/s/ John E. Page_____
        John E. Page, Esq.
        Fla. Bar. No. 0860581

**SERVICE LIST**

- Daniel F Benavides    dfb@kttlaw.com, lf@kttlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David L Rosendorf    dlr@kttlaw.com,
  rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net