UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| IBI Palm Beach, LLC | : | Case No. 14-34729 (EPK) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE
TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES
OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES, STATEMENT OF FINANCIAL AFFAIRS,
LIST OF EQUITY SECURITY HOLDERS, AND DECLARATION CONCERNING
DEBTOR'S SCHEDULES**

Debtor and debtor-in-possession, IBI Palm Beach, LLC (the "Debtor"), hereby moves the

Court (the "Motion"), for the entry of an order extending the time for the Debtor to file its

schedules of assets and liabilities, schedules of current income and expenditures, schedules of

executory contracts and unexpired leases, statement of financial affairs, list of equity security

holders, declaration concerning Debtor's schedules, and related documents (collectively, the

"Schedules and Statements") required pursuant to the Federal Rules of Bankruptcy Procedure

and the Local Rules of the United States Bankruptcy Court for Southern District of Florida.  In

support of this Motion, the Debtor respectfully states as follows:

**Jurisdiction and Venue**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is

proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested herein are section 521 of Title 11 of

the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 1007 and 9006

117775748_1

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "Local Rules").

## Background

3.      On November 6, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is in business and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      The meeting of creditors pursuant to 11 U.S.C. § 341 has been scheduled for December 10, 2014.  No request for the appointment of a trustee or examiner has been made in this chapter 11 case (the "Chapter 11 Case") and, as of the date of the filing of this Motion, no official committees have been appointed or designated.

5.      The factual background relating to the Debtor's commencement of this case is set forth in detail in the *Declaration of Bradley Prader in Support of First Day Motions* [ECF No. 5] filed on the Petition Date and incorporated herein by reference.

6.      This case is a balance sheet and operational restructuring case, through which the Debtor is seeking to restructure its obligations and receive financing of its working capital needs in order to re-start its West Palm Beach operations.

7.      The Debtor operates a cruise-ship based casino and entertainment company in the West Palm Beach metropolitan area utilizing the trade name Island Breeze Casino.

8.      The Debtor's revenues are dependent on operation of the Island Breeze Casino.

9.      Unfortunately, in May 2014, a catastrophic engine failure, subsequent repairs, and dry-docking forced the Debtor to cease operation of the Island Breeze Casino, layoff

117775748_1/358522.1

substantially all of its employees save essential executive and administrative personnel, and incur a negative cash flow of approximately $2 million.

10.     The Debtor has struggled to weather this operational challenge in the absence of a revenue stream, but its repairs have been completed and its vessel has obtained the requisite certifications to again carry passengers.

11.     While the Debtor endeavors to re-start full operations and generate positive cash flow, it is seeking the protections of chapter 11 in order to restructure its balance sheet and streamline its operations, to the benefit of all creditors and parties in interest.

**Schedules and Statements**

12.     Pursuant to the Notice of Deadlines to Correct Filing Deficiencies (the "Notice") [ECF No. 13], filed on November 7, 2014, the Debtor's Schedules and Statements are due no later than November 20, 2014.

13.     The Debtor has begun, but has not yet finished, compiling the information that will be required in order to complete the Schedules and Statements.

14.     Due to the need to immediately focus time and resources on obtaining post-petition financing to restart operation of its gaming cruise ship operation, the Debtor is in need of additional time to prepare its Schedules and Statements.

15.     In order for the Debtor to complete the Schedules and Statements, it must (a) gather information from various third parties and documents; (b) complete the posting of the Debtor's books and records as of the Petition Date; and (c) obtain considerable information from said books and records. The Debtor anticipates that it will be unable to complete the Schedules and Statements in the time required by the Notice and Bankruptcy Rule 1007(c).

117775748_1/358522.1

16.     The Debtor's books and accounts are being posted, and the gathering of information from documents and sources other than the books and records has been or will be commenced.

## Relief Requested

17.     The Debtor seeks entry of an order, substantially in the form of the order attached hereto as Exhibit A, pursuant to Bankruptcy Rules 1007(c) and 9006(b) and Local Rule 1007-1 extending the time to file its Schedules and Statements for twenty-one (21) days from the date an Order is entered granting the Motion, in order to compile the information necessary to prepare the Schedules and Statements.

## Basis for Relief

18.     Pursuant to section 521 of the Bankruptcy Code, Bankruptcy Rule 1007(c), and Local Rule 1007-1, the Debtor would ordinarily be required to file the Schedules and Statements within fourteen (14) days of the Petition Date.

19.     Bankruptcy Rules 1007(c) and 9006(b) and Local Rule 1007-1(C) permit the Court, upon motion and without a hearing, to grant an extension of time for the Debtor to file its Schedules and Statements for cause.

20.     Courts in this Circuit, and others, often grant the relief requested herein where such relief is reasonable. *See, e.g., In re Westminster Ceramics, LLC*, Case No. 08-83408 (Bankr. N.D. Ga. Nov. 17, 2008) (granting 20 day extension because it would not have an adverse impact on creditors or case administration); *In re LaGuardia Associates, L.P.*, Case No. 11-19334 (Bankr. E.D. Pa. January 18, 2012) (granting 30-day extension).

21.     Like the debtors in the cases cited above, the Debtor requires extra time to prepare and file its Schedules and Statements.

4

22.     Indeed, the Debtor's business is in the process of being resurrected, certain of its debts are vigorously disputed, and accurate preparation of the Schedules and Statements will require significant attention from personnel and advisors, which will distract attention from the Debtor's operations at a sensitive time when it can ill-afford any disturbance.

23.     Moreover, creditors and other parties-in-interest will not be significantly harmed by the proposed extension of the filing deadline, because even under the extended deadline, the Schedules and Statements would be filed in advance of any planned bar date.  Accordingly, the Debtor submits that its request for an extension of time to file the Schedules and Statements is consistent with precedent and is appropriate and warranted under the circumstances.

**Notice**

24.     The Debtor has provided notice of this Motion to: (a) the United States Trustee for the Southern District of Florida; (b) counsel for the secured creditor asserting an interest in cash collateral; (c) the banks at which the Debtor maintains accounts; and (d) parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002, via electronic or overnight mail, as appropriate.  In light of the nature of the relief requested, the Debtor respectfully submits that no further notice is necessary.

*[intentionally blank]*

117775748_1/358522.1

WHEREFORE, the Debtor respectfully requests, pursuant to Bankruptcy Rules 1007(c) and 9006(b), and Local Rule 1007(C), that its time for filing the Schedules and Statements be extended until twenty-one (21) days from the date an Order is entered granting the Motion.

**RESPECTFULLY SUBMITTED** this 14th day of November, 2014.

/s/ *David L. Rosendorf*
**KOZYAK TROPIN & THROCKMORTON, LLP**
David L. Rosendorf (FL Bar No. 996823)
Daniel F. Benavides (FL Bar No. 81675)
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
*Proposed Local Counsel for the Debtor and Debtor in Possession*

and

**RESPECTFULLY SUBMITTED** this 14th day of November, 2014.

*I HEREBY CERTIFY that the undersigned attorney is seeking to appear pro hac vice in this matter.*

/s/ Lawrence G. McMichael
**DILWORTH PAXSON LLP**
Lawrence G. McMichael (PA ID #28550)
Catherine G. Pappas (PA ID #206910)
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

*Proposed Counsel for Debtor IBI Palm Beach, LLC*

6

117775748_1/358522.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2014, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served this day (1) via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties authorized to receive electronically Notices of Electronic Filing in this bankruptcy case; and (2) via U.S. First Class Mail to all parties on the attached service list.

By: /s/ David L. Rosendorf
David L. Rosendorf

7

Mike Miller
MillMac Corporation
3700 NW 124 Avenue, Suite 102
Coral Springs, FL 33065

Dave Taylor
Daves Fleet Service, Inc.
408 NE 6th Street, #3 16
Ft. Lauderdale, FL 33304

Florida Dept. Environmental
Protection
3900 Commonwealth Blvd. M.S.49
Tallahassee, Florida 32399

IPFS Corporation
100 1 Winstead Drive, Suite 500
Cary, NC 27513

Cory Constantino
Aristocrat Technologies, Inc.
7230 Amigo Street
Las Vegas, NV 89119

Frank Salvati
Portside Interiors
15860 Survey Circle
Davie, FL 33331

Meredith Frickey
Jotun Paints, Inc.
9203 Hwy 23 Belle
Chase, LA 70037

Glander International Bunkering,
Inc.
240 I PGA Blvd., Suite 236
Palm Beach Gardens, FL 33410

The Buzz Agency of Florida, LLC
104 W Atlantic Avenue
Delray Beach, FL 33444

Greenspoon Marder Law
Trade Center South -Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309

Diaz Cooper Advertising, Inc.
9200 S. Dadeland Blvd. #209
Miami, FL 33156

Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999

Gregory Brooks
Sysco Southeast Florida, LLC
1999 Hwy 710
Riviera Beach, FL 33404

Bill French
SSI Petroleum
5131 Recker Hwy.
Winter Haven, FL 33880

IDENTISYS Inc.
7630 Commerce Way
Eden Prairie, MN 55344

Maria Mathews
Port of Palm Beach
1 E. 11th Street, 6th Floor
Riviera Beach, FL 33404

Craig Szabo
Szabo Accountancy Corporation
2390 I Calabasas Road, Suite
2018
Calabasas, CA 91302

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| IBI Palm Beach, LLC | : Case No. 14-34729 (EPK) |
| | : |
| Debtor. | : |
| | : |

**ORDER EXTENDING THE TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS
AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES,
SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES,
STATEMENT OF FINANCIAL AFFAIRS, LIST OF EQUITY SECURITY HOLDERS,
AND DECLARATION CONCERNING DEBTOR'S SCHEDULES**

Upon the motion (the "Motion")[1] of the above-captioned Debtor for the entry of an order

extending the time to file schedules of assets and liabilities, schedules of current income and

expenditures, schedules of executory contracts and unexpired leases, statement of financial

affairs, list of equity security holders, declaration concerning Debtor's schedules, and related

documents required pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

117775748_1

of the United States Bankruptcy Court for Southern District of Florida (collectively, the "Schedules and Statements"), it is hereby **ORDERED** that:

1.     The Motion is GRANTED.

2.     The time within which the Debtor shall file its Schedules and Statements is hereby extended for twenty-one (21) days from the date of this Order, without prejudice to the Debtor's right to seek an additional extension upon cause shown therefor.

###

Submitted by:  David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: 305-372-1800
Facsimile: 305-372-3508
Email: dlr@kttlaw.com

Copies furnished to:

David L. Rosendorf, Esq.

[Attorney Rosendorf is directed to serve copies of this order on all interested parties and to file a certificate of service.]

117775748_1