

ORDERED in the Southern District of Florida on November 17, 2014.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| IBI Palm Beach, LLC, | : |
| | : Case No. 14-34729 (EPK) |
| Debtor. | : |
| | : |

**ORDER GRANTING APPLICATION FOR AN ORDER AUTHORIZING**
**THE EMPLOYMENT OF DILWORTH PAXSON LLP, AS COUNSEL**

**THIS MATTER** came before the Court for hearing on November 12, 2014, to consider the Application of Debtor Pursuant to Section 327(a) of the Bankruptcy Code for Order Authorizing the Employment and Retention of Dilworth Paxson LLP as Attorneys (the "Application") [ECF No. 11] and the Affidavit of Lawrence G. McMichael, a Partner of Dilworth Paxson LLP ("Dilworth") [ECF No. 11-1]; and the Court being satisfied that Dilworth represents no interest adverse to the Debtor or its estate in the matters upon which it is to be engaged; and it appearing that Dilworth's employment is necessary and would be in the best interests of the Debtor, its estates, and creditors,

IT IS HEREBY ORDERED that:

1. The Application is granted.

2. The Debtor is authorized to employ Dilworth as its attorneys to represent it in the above-captioned case under Chapter 11 of Title 11 of the United States Code, pursuant to the terms of the Application, in all matters relating to the Debtor's bankruptcy.

###

Submitted by: David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: 305-372-1800
Facsimile: 305-372-3508
Email: dlr@kttlaw.com


Copies furnished to:

David L. Rosendorf, Esq.

[Attorney Rosendorf is directed to serve copies of this order on all interested parties and to file a certificate of service]